BRANN & STUART COMPANY, PLAINTIFF-PETITIONER, v. INTERSTATE STORAGE & PIPELINE CORPORATION, DEFENDANT-RESPONDENT.

· *Mr. Sido L. Ridolfi* and *Mr. David A. Friedman* for the petitioner.

March 26, 1962.

EDWIN L. MAYER, PLAINTIFF-RESPONDENT, v. FAIRLAWN JEWISH CENTER AND RANDALL CONSTRUCTION CO., INC., DEFENDANTS-PETITIONERS.

See same case below: 71 *N. J. Super.* 313.

*Messrs. Morrison, Lloyd & Griggs, Mr. J. Chester Massinger* and *Mr. James B. Emory* for the petitioners.

*Messrs. Gross & Stavis* and *Miss Mabel L. Richardson* for the respondent.

March 26, 1962.